964 A.2d 299

IN THE MATTER OF NEAL M. POMPER, AN ATTORNEY
AT LAW (ATTORNEY NO. 031881981).

February 11, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–237, concluding that **NEAL M. POMPER** of **HIGHLAND PARK,** who was admitted to the bar of this State in 1982, should be censured for violating *RPC* 5.5(a)(2) (assisting a person who is not a member of the bar in the performance of an activity that constitutes the unauthorized practice of law) and *RPC* 8.4(a) (violating or attempting to violate the *Rules of Professional Conduct*);

And the Disciplinary Review Board having further concluded that respondent should be required to complete ten hours of courses in professional responsibility;

And good cause appearing;

It is ORDERED that **NEAL M. POMPER** is hereby censured; and it is further

ORDERED that **NEAL M. POMPER** shall enroll in and successfully complete within one year after the filing date of this Order ten hours of courses in the area of professional responsibility approved by the Office of Attorney Ethics and shall submit proof thereof to the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.